UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. BRISCO, ) | CASE NO. CV 15-8718-AG (PJW) |
| ) | |
| Petitioner, ) | ORDER TO SHOW CAUSE WHY PETITION |
| ) | SHOULD NOT BE DISMISSED |
| v. ) | |
| ) | |
| ERIC ARNOLD, WARDEN, et al., ) | |
| ) | |
| Respondents. ) | |

On October 28, 2015, Petitioner signed a Petition for Writ of Habeas Corpus, which was subsequently filed in this Court, challenging 2001 state convictions for robbery, burglary, and attempted murder and resultant 27-years-and-eight-months sentence. (Petition at 1-2.) Petitioner claims that the trial court sentenced him to 22 years and eight months and that his abstract of sentence reflecting a 27-years-and-eight-months sentence was issued in error. (Petition at attached pages 7-8.) For the following reasons, Petitioner is ordered to show cause why his Petition should not be dismissed because it is time-barred.

State prisoners seeking to challenge their state convictions in federal habeas corpus proceedings are subject to a one-year statute of limitations. 28 U.S.C. § 2244(d). Here, Petitioner's conviction and

sentence became final on June 22, 2004--90 days after the California Supreme Court denied his petition for review and the time expired for him to file a petition for writ of certiorari in the United States Supreme Court.[1]  *See*, *e.g.*, *Brambles v. Duncan*, 412 F.3d 1066, 1069 (9th Cir. 2005).  Therefore, the statute of limitations expired one year later, on June 22, 2005.  Petitioner, however, did not file this Petition until October 28, 2015, more than ten years after the deadline.[2]

IT IS THEREFORE ORDERED that, no later than **October 7, 2016,** Petitioner shall inform the Court in writing why this case should not be dismissed with prejudice because it is barred by the statute of limitations.  Failure to timely file a response will result in a recommendation that this case be dismissed.

DATED: September 7, 2016

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\BRISCO, W 8718\OSC dismiss pet.wpd

---

[1]  A review of the state appellate court website, http://appellatecases.courtinfo,ca.gov, shows that his petition for review was denied by the California Supreme Court on March 24, 2004 (S122269).

[2]  Pursuant to the "mailbox rule" for prisoner filings, the Court uses the date Petitioner signed his pleadings (and presumably delivered them to prison staff for mailing) as the filing date.  *See Houston v. Lack*, 487 U.S. 266, 275-76 (1988).