UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. BRISCO, | CASE NO. CV 15-8718-AG (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| ERIC ARNOLD, WARDEN, ET AL., | |
| Respondents. | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: February 26, 2017

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

C:\Users\sbourgeoi\AppData\Local\Temp\Brisco Judgt-1.wpd